# Exhibit 3

**FAT Brands Loss Chart**
**Class Period: March 24, 2022 and May 10, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Preffered Stock Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $13.86 |
| Mitchell Kates | 9/25/2023 | 1,243.32 | ($16.0859) | ($19,999.92) | | | | | 1,243.32 | $17,226.51 | ($2,773.41) | |