SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.720.8900
Facsimile:   858.509.3691
E mail:      jstigi@sheppardmullin.com

POLLY TOWILL, Cal. Bar No. 120420
MADALYN A. MACARR, Cal. Bar No. 301539
TORI D. KUTZNER, Cal. Bar No. 334057
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:   213.620.1780
Facsimile:   213.620.1398
E mail:      ptowill@sheppardmullin.com
             mmacarr@sheppardmullin.com
             tkutzner@sheppardmullin.com

Attorneys for Defendants FAT BRANDS, INC.,
ANDREW A. WIEDERHORN, KENNETH J.
KUICK and ROBERT G. ROSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATES, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FAT BRANDS, INC., ANDREW A. WIEDERHORN, KENNETH J. KUICK, and ROBERT G. ROSEN,<br><br>        Defendants. | Case No. 2:24-cv-04775-MWF-MAA<br><br>The Hon. Michael W. Fitzgerald<br><br>CLASS ACTION<br><br>**DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>[*Reply Memorandum filed concurrently herewith*]<br><br>Hearing Date:  September 15, 2025<br>Time:          10:00 a.m.<br>Department:    5A<br>Trial Date:    None Set |

Case No. 2:24-cv-04775-MWF-MAA

Defendants respectfully request that the Court take judicial notice of the order dismissing the Indictment filed in *United States v. Wiederhorn*, No. 2:24-cr-00295-RGK (C.D. Cal.), ECF No. 136, attached hereto as **Exhibit E**, in connection with their motion pursuant to Rules 12(b)(6) and 9(b) and the PSLRA for an order dismissing lead plaintiff's Complaint.[1]

## I.    ANALYSIS

Pursuant to Federal Rule of Evidence 201(c)(2), a Court is mandated to take judicial notice of adjudicated facts if requested by a party and supplied with the necessary information.  Additionally, the Court may judicially notice a fact that is not subject to reasonable dispute if it:  (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.  Fed. R. Evid. 201(b).

The Court should take judicial notice of Exhibit E above because filings in other proceedings are matters of public record and are thus properly the subject of judicial notice.  *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *see also In re Yan Sui*, 2020 U.S. Dist. LEXIS 39576, at *5 (C.D. Cal. Mar. 5, 2020) (Fitzgerald, J.) (finding "readily verifiable court filings appropriate for judicial notice").

The order dismissing the Indictment was issued after defendants filed their motion to dismiss in this action.  Specifically, defendants filed their motion to dismiss plaintiff's Complaint on June 6, 2025.  The United States thereafter filed its unopposed motion to dismiss the Indictment pursuant to Federal Rule of Criminal Procedure 48(a) on July 29, 2025.  ECF No. 132.  The Court then dismissed the Indictment on August 7, 2025.  ECF No. 136.  Defendants therefore could not have included Exhibit E in their initial request for judicial notice filed in support of their motion to

---

[1] Capitalized terms herein have the same meaning as defined in defendants' opening memorandum (ECF No. 29).

dismiss on June 6, 2025.  Taking judicial notice of Exhibit E is thus proper at this time.  *See Schmidt v. City of Pasadena*, No. 2:21-cv-08769-JAK-JC, 2024 U.S. Dist. LEXIS 154947, at *15 (C.D. Cal. Aug. 6, 2024) ("[E]ven after briefing on a motion has been completed, a party may provide the Court with relevant new facts through a supplemental filing such as a . . . request for judicial notice."); *Thibodeaux v. Port of Oakland*, No. 4:18-cv-03353-KAW, 2018 U.S. Dist. LEXIS 172780, at *8 (N.D. Cal. Oct. 5, 2018) (taking judicial notice of public documents submitted for the first time with defendant's reply brief); *see also* L.R. 7-10 ("A moving party may . . . serve and file a reply memorandum, and declarations or other rebuttal evidence.").

## II.    CONCLUSION

Accordingly, the Court should take judicial notice of Exhibit E.

Dated:  August 18, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
*/s/ John P. Stigi III*
JOHN P. STIGI III
POLLY TOWILL
Attorneys for Defendants

# EXHIBIT E

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
KEVIN B. REIDY (Cal. Bar No. 320583)
Assistant United States Attorney
Major Frauds Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-8536
      Facsimile: (213) 894-0141
      E-mail: kevin.reidy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-00295-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AGAINST ALL DEFENDANTS |
| v. | |
| ANDREW A. WIEDERHORN, WILLIAM J. AMON, REBECCA D. HERSHINGER, and FAT BRANDS INC., | [132] |
| Defendants. | |

Upon application of the United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the Indictment filed in this matter as to all defendants be DISMISSED WITHOUT PREJUDICE and any bond be EXONERATED.

IT IS SO ORDERED.

**8/7/2025**
_____
DATE

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

-4-