UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV 24-4775-MWF (MAAx)** **Date: January 29, 2026**

Title: Mitchell Kates v. FAT Brands, Inc., et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE: NOTICE OF BANKRUPTCY [41];
ORDER DENYING MOTION TO DISMISS [37]

The Court is in receipt of Defendant FAT Brands Notice of Bankruptcy, filed on January 29, 2026. (Docket No. 41). Pursuant to 11 U.S.C. § 362, this action is therefore **STAYED.**

Defendants' Motion to Dismiss Second Amended Complaint (Docket No. 37) is **DENIED** without prejudice. The hearing on February 2, 2026, is **VACATED**.

The parties shall file a joint status report every 90 days to apprise the Court of the status of the bankruptcy proceedings, or within 10 days of any final resolution in the pending bankruptcy action, with the first report due no later than **April 29, 2026.**

IT IS SO ORDERED.