Laurence M. Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS INC., ANDREW A. WIEDERHORN, KENNETH J. KUICK, and ROBERT G. ROSEN,<br><br>Defendants. | Case No. 2:24-cv-04775-MWF-MAA<br><br>**MOTION TO MODIFY STAY**<br><br>CLASS ACTION<br><br>JUDGE: Michael W. Fitzgerald<br>HEARING: April 6, 2026<br>TIME: 10:00 a.m.<br>CTRM: 5A |

PLEASE TAKE NOTICE that on Monday, April 6, 2026 at 10:00 a.m. before the Honorable Michael W. Fitzgerald in the First Street Courthouse, 350 W. 1st Street, Courtroom 5A, 5th Floor, Los Angeles, California 90012, Mitchell Kates ("Plaintiff") will and does move this Court for an order granting his Motion to Modify Stay.

This Motion is brought pursuant to Sections 105 and 362 of the Bankruptcy Code, 11 U.S.C.A. §§ 105, 362, on the grounds that: (1) the automatic stay only applies to the bankrupt party – here, FAT Brands, Inc.; (2) there are no special circumstances justifying a broad stay; and (3) only the bankruptcy court may extend the stay to non-debtors. Therefore, Plaintiff requests that the court modify and lift the stay as to individual defendants Andrew A. Wiederhorn, Kenneth J. Kuick, and Robert G. Rosen.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

### Statement of Compliance with Local Rule 7-3

Local Rule 7-3 and Your Honor's Standing Order require a conference of counsel prior to filing motions. On February 11, 2026, Lead Counsel met and conferred telephonically with counsel for defendants. *See*, Declaration of Laurence M. Rosen.

Dated: March 4, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 4, 2026, I electronically filed the following **MOTION TO MODIFY STAY** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 4, 2026.

/s/ Laurence M. Rosen
Laurence M. Rosen