# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL KATES, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS INC., ANDREW A. WIEDERHORN, KENNETH J. KUICK, and ROBERT G. ROSEN,<br><br>Defendants. | Case No. 2:24-cv-04775-MWF-MAA<br><br>**[PROPOSED] ORDER MODIFYING STAY**<br><br>CLASS ACTION |

Having reviewed Plaintiff Mitchell Kates' Motion to Modify Stay, and for good cause appearing, the Court hereby GRANTS the Motion.

**IT IS HEREBY ORDERED THAT:**

1.      The stay is lifted as to the Individual Defendants.

2.      The Court will take the briefing on the motion to dismiss the second amended complaint, Dkt. Nos. 37-39, under consideration as to the Individual Defendants.

3.      The Court will hold a hearing on the motion to dismiss the second amended complaint as to the Individual Defendants on _____, 2026, at 10:00 a.m. in the First Street Courthouse, 350 W. 1st Street, Courtroom 5A, 5th Floor, Los Angeles, California 90012.

DATED: _____, 2026              _____
                                                          Hon. Michael W. Fitzgerald