UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 24-4775-MWF (MAAx)**                     **Date:  April 2, 2026**
Title:      Mitchell Kates v. FAT Brands, Inc., et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk:<br>Rita Sanchez | Court Reporter:<br>Not Reported |
| Attorneys Present for Plaintiff:<br>None Present | Attorneys Present for Defendant:<br>None Present |

**Proceedings (In Chambers):**           ORDER GRANTING MOTION TO MODIFY STAY [43]

Before the Court is Plaintiffs Mitchell Kates, et al.'s Motion to Modify Stay (the "Motion") filed on March 4, 2026.  (Docket No. 43).  Individual Defendants Andrew A. Wiederhorn, Kenneth J. Kuick and Robert G. Rosen filed a Notice of Non-Opposition on March 16, 2026.  (Docket No. 44).

The Court entered a stay in this action due to the filing of bankruptcy by the corporate defendant, FAT Brands, Inc.  (Docket No. 42).  The Motion requests that the Court lift the stay as to the individual Defendants in this action.  (*See generally* Motion).  As the individual Defendants have filed a Notice of Non-Opposition, the Court **GRANTS** the Motion.

As requested in the Defendants' Notice of Non-Opposition, the Court now **ORDERS** the individual Defendants Wiederhorn, Kuick, and Rosen to file any renewed Motion to Dismiss by **April 16, 2026**.

IT IS SO ORDERED.